**Order filed October 1, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00481-CV

_____

### DENIS J. SIMON, Appellant

### V.

### TEXAS DEPARTMENT OF AGING & DISABILITY SERVICES, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2012-17747**

## O R D E R

This is an appeal from the trial court's order signed March 4, 2012, granting appellee's plea to the jurisdiction and motion to dismiss. The clerk's record was filed July 22, 2013. The official court reporter informed this court that no record was reported in this case. Therefore, appellant's brief was due **August 2, 2013.** No brief or motion for extension of time has been filed. In addition, the appellate filing fee in the amount of $175.00 has not been paid. Accordingly, we issue the following order:

Unless appellant files his brief and pays the appellate filing fee to the clerk of this court on or before **October 15, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM